**Entered on Docket
June 07, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
MATTHEW M. MCARTHUR (NV Bar #11649)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for    Secured Creditor THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JUAN MANUEL TISCARENO ,<br><br>Debtor(s). | Bankruptcy Case No. BK-N-11-50928-btb<br>Chapter 7<br><br>THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    May 27, 2011<br>Time:   10:00 AM |

A hearing on Secured Creditor The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-10's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce T. Beesley.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 946 La Sierra Drive, Sparks, Nevada 89434 ("Real Property"), which is legally described as:

> Lot 67 of Sierra Meadows Subdivision Unit No 5-A, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada on October 27, 1971, as Tract Map No 1259.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay described by Bankruptcy Rule 4001(a)(3) is hereby waived;

APPROVED/DISAPPROVED        APPROVED/DISAPPROVED

M. JEROME WRIGHT            C GEOFFREY WILSON
DEBTOR(S) ATTORNEY          TRUSTEE

/./././
/./././
/./././
/./././
/./././

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☐     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐     Approved.

☐     Disapproved.

☐     Failed to respond.

☒     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Submitted by:

/s/ MATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11649
Attorney for THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10